WALTER WESTON et al., Respondents, *v.* JAMES R. WATTS, Appellant.

(Argued April 28, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 24, 1890, which affirmed an order at Special Term denying a motion by defendant for an order directing the plaintiff Walter Weston to pay defendant a certain sum of money.

*D. C. Briggs* for appellant.

*Ch. Francis Stone* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

THE PEOPLE ex rel. DILWORTH CHOATE, Appellant, *v.* GEORGE C. BARRETT, a Justice, etc., and the Court of Oyer and Terminer for the City and County of New York, Respondent.

(Submitted April 28, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 22, 1890, which affirmed the proceedings, findings and order of the Court of Oyer and Terminer adjudging the relator guilty of criminal contempt, and imposing punishment therefor.

*F. R. Coudert* and *Albert Reynaud* for appellant.

*John R. Fellows* for respondent.

Agree to affirm; no opinion.
All concur except EARL and FINCH, JJ., who dissent upon the ground that the misconduct of the appellant was not within "the immediate view and presence of the court," as stated in the Code of Civil Procedure.
Order affirmed.